No. 881. The People, Appellee, v. Rodríguez, Appellant.—Petty larceny. San Juan, Section 2. November 22, 1915. Judgment affirmed.

No. 877. The People, Appellee, v. Rodríguez, Appellant.—Petty larceny. San Juan, Section 2. November 23, 1915. Judgment affirmed.

No. 902. Dones, Appellant, v. Márquez, Warden of Jail, Respondent.—Habeas corpus. Guayama. November 30, 1915. Appeal dismissed for lack of jurisdiction.

No. 903. Rivero et al., Appellants, v. The People, Appellee.—Habeas corpus. November 30, 1915. Appeal dismissed.

No. 1353. Orcasitas, Appellant, v. Solá et al., Appellees.—Action of debt. Humacao. November 30, 1915. Judgment modified imposing attorney fees upon defendants.

No. 861. The People, Appellee, v. Díaz, Appellant.—
No. 862. The People, Appellee, v. O'Neill, Appellant.—
No. 863. The People, Appellee, v. Fernández, Appellant.—
Violations of municipal ordinances. San Juan, Section 2. December 1, 1915. Judgments affirmed.

No. 865. The People, Appellee, v. Méndez, Appellant.—Aggravated assault and battery. Aguadilla. December 2, 1915. Judgment affirmed.